Matter of Angeli (2025 NY Slip Op 06115)

Matter of Angeli

2025 NY Slip Op 06115

Decided on November 6, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 6, 2025

PM-247-25
[*1]In the Matter of Anthony Edward Angeli Jr., an Attorney. (Attorney Registration No. 2554657.)

Calendar Date:November 3, 2025

Before:Pritzker, J.P., Fisher, McShan, Powers and Mackey, JJ.

Anthony Edward Angeli Jr., Palm Beach Gardens, Florida, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Anthony Edward Angeli Jr. was admitted to practice by this Court in 1993 and lists a business address in Palm Beach Gardens, Florida with the Office of Court Administration. Angeli now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Angeli's application.
Upon reading Angeli's affidavit sworn to September 29, 2025 and filed October 6, 2025, and upon reading the October 27, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Angeli is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Pritzker, J.P., Fisher, McShan, Powers and Mackey, JJ., concur.
ORDERED that Anthony Edward Angeli Jr.'s application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Anthony Edward Angeli Jr.'s name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Anthony Edward Angeli Jr. is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Angeli is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Anthony Edward Angeli Jr. shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.